08cv4346
JUDGE GUZMAN
MAG. JUDGE DENLOW

CH

**APPEARANCE FORM**
**DISTRICT COURT FOR THE NORTHERN** ~~~~~

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

FILED
J.N JUL 31 2008
JUL 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME: _Peter Peretz_
(Please print)

STREET ADDRESS: _108 Nina Lane_

CITY/STATE/ZIP: _Bartlett, IL 60103_

PHONE NUMBER: _(630) 497 8890_

CASE NUMBER: _____

x _Peter Peretz_         _7/14/08_
  Signature                Date